GEORGE T. ANDERSON, Respondent, v. THOMAS G. KENNY and ROBERT DUMARY, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements, with usual leave to defendants to answer on payment of such costs and of the costs in the court below.